UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:  
LISA RENNEE LINDLEY

Case No.:   13-32365  
Chapter 13

# NOTICE OF FINAL CURE

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor has completed all payments under the plan:

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5), the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

| MORTGAGE INFORMATION | |
|---|---|
| Creditor Name: | **SN SERVICING CORPORATION** |
| Court Claim Number: | **06**                UCI: |
| Last Four of Loan Number: | 2080 |
| Property Address if available: | 1259 EAST MILL STREET, YOUNG AMERICA, IN |

| FINAL CURE AMOUNT | |
|---|---|
| Pre-petition Arrearage as allowed: | $11,240.20 |
| Pre-petition Amount paid by the Trustee: | $11,240.20 |
| Amount of Total Post-petition FRBP 3002.1(c) filings: | $0.00 |
| Amount of Post-petition FRBP 3002.1(c) paid by the Trustee: | $0.00 |
| Total Disbursements by Trustee: | $45,251.00 |

| POST PETITION MORTGAGE PAYMENT | |
|---|---|
| <u>XX</u> Mortgage is paid thru the Trustee conduit.<br><br>Current Monthly Mortgage Payment: $539.08<br><br>Next post-petition payment due: March 2019<br>If known, Principal Balance Outstanding: $53,577.08 as of January 2, 2019 | ___ Mortgage is paid direct by the Debtor.<br><br>**To the extent that the Debtor is not current as of the date of this Notice, the creditor should file a Response indicating same.** |

**YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)**

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the debtor and creditor.  Payment history may be categorized into pre-petition payments, ongoing post-petition payments and supplemental post-petition payments.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  February 6, 2019                                                      Respectfully Submitted:

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
Standing Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 254-1313

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below

**By U.S. Mail as follows:**
Debtor:    LISA RENNEE LINDLEY, 1259 EAST MILL STREET, YOUNG AMERICA, IN       46998
Creditor:    SN SERVICING CORPORATION, 323 FIFTH STREET, EUREKA, CA       95501
Creditor Noticing Address:        SN SERVICING CORPORATION, 323 FIFTH STREET, EUREKA, CA       95501

**By electronic e-mail to the U.S. Trustee, Creditor Attorney and the Debtor Attorney:**
**U.S. Trustee:**             ustpregion10.so.ecf@usdoj.gov
Creditor Attorney:     CHAD W. NALLY
Debtor Attorney:       BRAD A WOOLLEY


Date:    February 6, 2019                                                            /s/ Harriette King

## Disbursements for Claim

Case: 13-32365   LISA RENNEE LINDLEY

SN SERVICING CORPORATION
323 FIFTH STREET

EUREKA, CA  95501-

Sequence: 10
Modify:
Filed Date: 12/10/2013 12:00:00AM
Hold Code:

Acct No: 2080--O--1ST MTG POST PETI

1259 EAST MILL STREET, YOUNG AMERICA, IN; AM PLAN PAYS CONT @ 480/MO + ARREARS EST $6K @ 0%; TRCL & ACCT # 8/4/15

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $67,767.00 | Debt: $62,646.42 | Interest Paid: $0.00 | |
| | | Accrued Int: $0.00 | |
| Amt Due: $539.08 | Paid: $34,010.80 | Balance Due: $28,635.62 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 0020 | SN SERVICING CORPORATION | | | | | | | |
| 002-0 | SN SERVICING CORPORATION | | 02/01/2019 | 876813 | $539.08 | $0.00 | $539.08 | |
| 002-0 | SN SERVICING CORPORATION | | 01/01/2019 | 876405 | $531.69 | $0.00 | $531.69 | 01/15/2019 |
| 002-0 | SN SERVICING CORPORATION | | 12/01/2018 | 875065 | $531.69 | $0.00 | $531.69 | 12/17/2018 |
| 002-0 | SN SERVICING CORPORATION | | 11/01/2018 | 873777 | $531.69 | $0.00 | $531.69 | 11/21/2018 |
| 002-0 | SN SERVICING CORPORATION | | 10/01/2018 | 872408 | $531.69 | $0.00 | $531.69 | 10/18/2018 |
| 002-0 | SN SERVICING CORPORATION | | 09/01/2018 | 871061 | $531.69 | $0.00 | $531.69 | 09/18/2018 |
| 002-0 | SN SERVICING CORPORATION | | 08/01/2018 | 869664 | $531.69 | $0.00 | $531.69 | 08/17/2018 |
| 002-0 | SN SERVICING CORPORATION | | 07/01/2018 | 868361 | $502.37 | $0.00 | $502.37 | 07/23/2018 |
| 002-0 | SN SERVICING CORPORATION | | 06/01/2018 | 867015 | $502.37 | $0.00 | $502.37 | 06/21/2018 |
| 002-0 | SN SERVICING CORPORATION | | 05/01/2018 | 865556 | $502.37 | $0.00 | $502.37 | 05/16/2018 |
| 002-0 | SN SERVICING CORPORATION | | 04/01/2018 | 864271 | $502.37 | $0.00 | $502.37 | 04/24/2018 |
| 002-0 | SN SERVICING CORPORATION | | 03/01/2018 | 862963 | $502.37 | $0.00 | $502.37 | 03/19/2018 |
| 002-0 | SN SERVICING CORPORATION | | 02/01/2018 | 861677 | $502.37 | $0.00 | $502.37 | 02/21/2018 |
| 002-0 | SN SERVICING CORPORATION | | 01/01/2018 | 860330 | $493.97 | $0.00 | $493.97 | 01/26/2018 |
| 002-0 | SN SERVICING CORPORATION | | 12/01/2017 | 859029 | $493.97 | $0.00 | $493.97 | 12/27/2017 |
| 002-0 | SN SERVICING CORPORATION | | 11/01/2017 | 856378 | $493.97 | $0.00 | $493.97 | 11/16/2017 |
| 002-0 | SN SERVICING CORPORATION | | 11/01/2017 | 856378 | $493.97 | $0.00 | $493.97 | 11/16/2017 |
| 002-0 | SN SERVICING CORPORATION | | 11/01/2017 | 856378 | $3.90 | $0.00 | $3.90 | 11/16/2017 |
| 002-0 | SN SERVICING CORPORATION | | 10/01/2017 | 854967 | $493.97 | $0.00 | $493.97 | 10/20/2017 |
| 002-0 | SN SERVICING CORPORATION | | 09/01/2017 | 853586 | $490.07 | $0.00 | $490.07 | 09/22/2017 |
| 002-0 | SN SERVICING CORPORATION | | 09/01/2017 | 853586 | $490.07 | $0.00 | $490.07 | 09/22/2017 |
| 002-0 | SN SERVICING CORPORATION | | 06/01/2017 | 849009 | $490.07 | $0.00 | $490.07 | 06/16/2017 |
| 002-0 | SN SERVICING CORPORATION | | 05/01/2017 | 847484 | $490.07 | $0.00 | $490.07 | 05/11/2017 |
| 002-0 | SN SERVICING CORPORATION | | 04/01/2017 | 846012 | $490.07 | $0.00 | $490.07 | 04/14/2017 |
| 002-0 | SN SERVICING CORPORATION | | 03/01/2017 | 844463 | $490.07 | $0.00 | $490.07 | 03/13/2017 |
| 002-0 | SN SERVICING CORPORATION | | 02/01/2017 | 842963 | $490.07 | $0.00 | $490.07 | 02/14/2017 |
| 002-0 | SN SERVICING CORPORATION | | 01/01/2017 | 841448 | $482.67 | $0.00 | $482.67 | 01/13/2017 |
| 002-0 | SN SERVICING CORPORATION | | 12/01/2016 | 839868 | $482.67 | $0.00 | $482.67 | 12/14/2016 |
| 002-0 | SN SERVICING CORPORATION | | 11/01/2016 | 838268 | $523.02 | $0.00 | $523.02 | 11/21/2016 |
| 002-0 | SN SERVICING CORPORATION | | 10/01/2016 | 836680 | $523.02 | $0.00 | $523.02 | 10/17/2016 |
| 002-0 | SN SERVICING CORPORATION | | 09/01/2016 | 835081 | $523.02 | $0.00 | $523.02 | 09/15/2016 |

1

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 002-0 | SN SERVICING CORPORATION | | 08/01/2016 | 833402 | $523.02 | $0.00 | $523.02 | 08/11/2016 |
| 002-0 | SN SERVICING CORPORATION | | 07/01/2016 | 831723 | $523.02 | $0.00 | $523.02 | 07/15/2016 |
| 002-0 | SN SERVICING CORPORATION | | 06/01/2016 | 830038 | $523.02 | $0.00 | $523.02 | 06/13/2016 |
| 002-0 | SN SERVICING CORPORATION | | 05/01/2016 | 828083 | $523.02 | $0.00 | $523.02 | 05/13/2016 |
| 002-0 | SN SERVICING CORPORATION | | 04/01/2016 | 826304 | $523.02 | $0.00 | $523.02 | 04/13/2016 |
| 002-0 | SN SERVICING CORPORATION | V | 03/31/2016 | 824481 | ($523.02) | $0.00 | ($523.02) | 04/03/2016 |
| 002-0 | SN SERVICING CORPORATION | I | 03/31/2016 | 824799 | $523.02 | $0.00 | $523.02 | 04/15/2016 |
| 002-0 | SN SERVICING CORPORATION | | 03/01/2016 | 824481 | $523.02 | $0.00 | $523.02 | 04/03/2016 |
| 002-0 | SN SERVICING CORPORATION | | 02/01/2016 | 822645 | $523.02 | $0.00 | $523.02 | 02/12/2016 |
| 002-0 | SN SERVICING CORPORATION | | 01/01/2016 | 820817 | $523.02 | $0.00 | $523.02 | 01/14/2016 |
| 002-0 | SN SERVICING CORPORATION | | 12/01/2015 | 818977 | $523.02 | $0.00 | $523.02 | 12/11/2015 |
| 002-0 | SN SERVICING CORPORATION | | 11/01/2015 | 817057 | $523.02 | $0.00 | $523.02 | 11/12/2015 |
| 002-0 | SN SERVICING CORPORATION | | 10/01/2015 | 815172 | $523.02 | $0.00 | $523.02 | 10/19/2015 |
| 002-0 | SN SERVICING CORPORATION | | 09/01/2015 | 813001 | $523.02 | $0.00 | $523.02 | 09/14/2015 |
| 002-0 | BSI FINANCIAL SERVICES | | 08/01/2015 | 809835 | $523.02 | $0.00 | $523.02 | 08/31/2015 |
| 002-0 | BSI FINANCIAL SERVICES | | 07/01/2015 | 807771 | $525.08 | $0.00 | $525.08 | 07/17/2015 |
| 002-0 | BSI FINANCIAL SERVICES | | 06/01/2015 | 805708 | $528.55 | $0.00 | $528.55 | 06/10/2015 |
| 002-0 | BSI FINANCIAL SERVICES | | 05/01/2015 | 802672 | $515.43 | $0.00 | $515.43 | 05/15/2015 |
| 002-0 | BSI FINANCIAL SERVICES | | 04/01/2015 | 800496 | $523.02 | $0.00 | $523.02 | 04/15/2015 |
| 002-0 | BSI FINANCIAL SERVICES | | 03/01/2015 | 798315 | $523.02 | $0.00 | $523.02 | 03/12/2015 |
| 002-0 | BSI FINANCIAL SERVICES | | 02/01/2015 | 796136 | $523.02 | $0.00 | $523.02 | 02/11/2015 |
| 002-0 | BSI FINANCIAL SERVICES | | 01/01/2015 | 793918 | $530.27 | $0.00 | $530.27 | 01/15/2015 |
| 002-0 | BSI FINANCIAL SERVICES | | 12/01/2014 | 791723 | $521.29 | $0.00 | $521.29 | 12/11/2014 |
| 002-0 | BSI FINANCIAL SERVICES | | 11/01/2014 | 789417 | $636.83 | $0.00 | $636.83 | 11/21/2014 |
| 002-0 | BSI FINANCIAL SERVICES | | 10/01/2014 | 784843 | $692.42 | $0.00 | $692.42 | 10/14/2014 |
| 002-0 | BSI FINANCIAL SERVICES | | 09/01/2014 | 781899 | $395.71 | $0.00 | $395.71 | 09/10/2014 |
| 002-0 | BSI FINANCIAL SERVICES | | 08/01/2014 | 779506 | $711.17 | $0.00 | $711.17 | 08/15/2014 |
| 002-0 | BSI FINANCIAL SERVICES | | 07/01/2014 | 774470 | $551.95 | $0.00 | $551.95 | 07/18/2014 |
| 002-0 | BSI FINANCIAL SERVICES | | 06/01/2014 | 772004 | $575.60 | $0.00 | $575.60 | 06/11/2014 |
| 002-0 | BSI FINANCIAL SERVICES | | 05/01/2014 | 769148 | $743.07 | $0.00 | $743.07 | 05/14/2014 |
| 002-0 | BSI FINANCIAL SERVICES | | 04/01/2014 | 767093 | $3,533.03 | $0.00 | $3,533.03 | 04/16/2014 |

Sub-totals: $34,010.80   $0.00   $34,010.80

Grand Total: $34,010.80   $0.00

## Disbursements for Claim

Case: 13-32365    LISA RENNEE LINDLEY

SN SERVICING CORPORATION
323 FIFTH STREET

EUREKA, CA   95501-

Acct No: 2080--A--1ST MTG PRE-PETIT

Sequence: 20
Modify:
Filed Date: 12/10/2013  12:00:00AM
Hold Code:

1259 EAST MILL STREET, YOUNG AMERICA, IN; AM PLAN PAYS  ARREARS EST $6K @ 0%; TRCL & ACCT # 8/4/15

|  |  | Debt: | $11,240.20 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $6,000.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $11,240.20 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 0400 | SN SERVICING CORPORATION | | | | | | | |
| 040-0 | SN SERVICING CORPORATION | | 03/01/2018 | 862963 | $124.64 | $0.00 | $124.64 | 03/19/2018 |
| 040-0 | SN SERVICING CORPORATION | | 02/01/2018 | 861677 | $269.81 | $0.00 | $269.81 | 02/21/2018 |
| 040-0 | SN SERVICING CORPORATION | | 01/01/2018 | 860330 | $47.81 | $0.00 | $47.81 | 01/26/2018 |
| 040-0 | SN SERVICING CORPORATION | | 12/01/2017 | 859029 | $175.64 | $0.00 | $175.64 | 12/27/2017 |
| 040-0 | SN SERVICING CORPORATION | | 11/01/2017 | 856378 | $247.21 | $0.00 | $247.21 | 11/16/2017 |
| 040-0 | SN SERVICING CORPORATION | | 06/01/2017 | 849009 | $420.98 | $0.00 | $420.98 | 06/16/2017 |
| 040-0 | SN SERVICING CORPORATION | | 05/01/2017 | 847484 | $232.44 | $0.00 | $232.44 | 05/11/2017 |
| 040-0 | SN SERVICING CORPORATION | | 04/01/2017 | 846012 | $420.98 | $0.00 | $420.98 | 04/14/2017 |
| 040-0 | SN SERVICING CORPORATION | | 03/01/2017 | 844463 | $232.44 | $0.00 | $232.44 | 03/13/2017 |
| 040-0 | SN SERVICING CORPORATION | | 02/01/2017 | 842963 | $232.44 | $0.00 | $232.44 | 02/14/2017 |
| 040-0 | SN SERVICING CORPORATION | | 01/01/2017 | 841448 | $239.84 | $0.00 | $239.84 | 01/13/2017 |
| 040-0 | SN SERVICING CORPORATION | | 12/01/2016 | 839868 | $807.60 | $0.00 | $807.60 | 12/14/2016 |
| 040-0 | SN SERVICING CORPORATION | | 11/01/2016 | 838268 | $388.03 | $0.00 | $388.03 | 11/21/2016 |
| 040-0 | SN SERVICING CORPORATION | | 10/01/2016 | 836680 | $193.05 | $0.00 | $193.05 | 10/17/2016 |
| 040-0 | SN SERVICING CORPORATION | | 09/01/2016 | 835081 | $6.12 | $0.00 | $6.12 | 09/15/2016 |
| 040-0 | SN SERVICING CORPORATION | | 08/01/2016 | 833402 | $207.53 | $0.00 | $207.53 | 08/11/2016 |
| 040-0 | SN SERVICING CORPORATION | | 07/01/2016 | 831723 | $207.53 | $0.00 | $207.53 | 07/15/2016 |
| 040-0 | SN SERVICING CORPORATION | | 06/01/2016 | 830038 | $398.08 | $0.00 | $398.08 | 06/13/2016 |
| 040-0 | SN SERVICING CORPORATION | | 05/01/2016 | 828083 | $207.53 | $0.00 | $207.53 | 05/13/2016 |
| 040-0 | SN SERVICING CORPORATION | | 04/01/2016 | 826304 | $779.13 | $0.00 | $779.13 | 04/13/2016 |
| 040-0 | SN SERVICING CORPORATION | V | 03/31/2016 | 824481 | ($407.12) | $0.00 | ($407.12) | 04/03/2016 |
| 040-0 | SN SERVICING CORPORATION | I | 03/31/2016 | 824799 | $407.12 | $0.00 | $407.12 | 04/15/2016 |
| 040-0 | SN SERVICING CORPORATION | | 03/01/2016 | 824481 | $407.12 | $0.00 | $407.12 | 04/03/2016 |
| 040-0 | SN SERVICING CORPORATION | | 02/01/2016 | 822645 | $207.53 | $0.00 | $207.53 | 02/12/2016 |
| 040-0 | SN SERVICING CORPORATION | | 01/01/2016 | 820817 | $207.53 | $0.00 | $207.53 | 01/14/2016 |
| 040-0 | SN SERVICING CORPORATION | | 12/01/2015 | 818977 | $398.08 | $0.00 | $398.08 | 12/11/2015 |
| 040-0 | SN SERVICING CORPORATION | | 11/01/2015 | 817057 | $207.53 | $0.00 | $207.53 | 11/12/2015 |
| 040-0 | SN SERVICING CORPORATION | | 10/01/2015 | 815172 | $201.09 | $0.00 | $201.09 | 10/19/2015 |
| 040-0 | SN SERVICING CORPORATION | | 09/01/2015 | 813001 | $390.03 | $0.00 | $390.03 | 09/14/2015 |
| 040-0 | BSI FINANCIAL SERVICES | | 08/01/2015 | 809835 | $189.05 | $0.00 | $189.05 | 08/31/2015 |
| 040-0 | BSI FINANCIAL SERVICES | | 07/01/2015 | 807771 | $372.08 | $0.00 | $372.08 | 07/17/2015 |

1

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 040-0 | BSI FINANCIAL SERVICES | | 04/01/2015 | 800496 | $520.28 | $0.00 | $520.28 | 04/15/2015 |
| 040-0 | BSI FINANCIAL SERVICES | | 03/01/2015 | 798315 | $2,104.62 | $0.00 | $2,104.62 | 03/12/2015 |
| 040-0 | BSI FINANCIAL SERVICES | | 02/01/2015 | 796136 | $13.17 | $0.00 | $13.17 | 02/11/2015 |
| 040-0 | BSI FINANCIAL SERVICES | | 01/01/2015 | 793918 | $183.26 | $0.00 | $183.26 | 01/15/2015 |
| | | | | Sub-totals: | $11,240.20 | $0.00 | $11,240.20 | |
| | | | | Grand Total: | $11,240.20 | $0.00 | | |