UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:  
LISA RENNEE LINDLEY  
Debtor(s)

Case No.: 13-32365  
Chapter 13

## Trustee's Motion for Court Determination of Final Cure and Payment

On February 6, 2019, the Trustee filed a Notice of Final Cure Payment pursuant to Fed. R. Bankr. Proc. 3002.1(f) in this case for the following mortgage:

**Name of Creditor**: SN SERVICING CORPORATION AS SERVICER FOR SEA PAC PORTFOLIO, LLC

**Last four digits** of any number used to identify the debtor's account:  2080

A Payoff Statement dated January 2, 2019 has been received indicating an unpaid principal balance of the mortgage loan of $53,577.08 and a suspense account balance of $529.84 with the next mortgage payment due for April 6, 2019.

On February 15, 2019, SN SERVICING CORPORATION filed a Response to the Notice of Final Cure indicating Debtor has paid the full amount required to cure the prepetition default and Debtor is current on all post-petition payments including all fees, charges, escrow, expenses and costs with the mortgage loan due for April 6, 2019. However, the Response did not include the unpaid principal balance or any suspense/unapplied account funds.

Pursuant to Fed. R. Bankr. Proc. §3002.1(h), Trustee files this Motion for Determination for this Court to find that as to the mortgage obligation listed above:

1. Debtor paid in full the amount required to cure the pre-petition default as of the date of the Trustee's Notice dated February 6, 2019:

2. Debtor paid all post-petition mortgage payments due and owing as of the date of the Trustee's Notice dated February 6, 2019 and that the mortgage is contractually due for April 2019;

3. Debtor's had no post-petition outstanding fees, costs or negative escrow amounts due or owing as of the date of the Trustee's Notice dated February 6, 2019 with a suspense account balance of $529.84 as of January 2, 2019;

4. That the unpaid principal balance on the mortgage was $53,577.08 as of January 2, 2019.

WHEREFORE, pursuant to Fed. R. Bankr. Proc. 3002.1(h), the Trustee moves for this determination.

Dated: February 15, 2019

Respectfully Submitted:

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
Standing Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 254-1313

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on February 15, 2019.

**By U.S. Mail as follows:**
Debtor: LISA RENNEE LINDLEY, 1259 EAST MILL STREET, YOUNG AMERICA, IN  46998
Creditor: SN SERVICING CORPORATION, 323 FIFTH STREET, EUREKA, CA  95501
Creditor Noticing Address:   SN SERVICING CORPORATION, 323 FIFTH STREET, EUREKA, CA  95501

**By electronic e-mail to the U.S. Trustee and the Debtor Attorney:**
Attorney:  BRAD A WOOLLEY
Creditor Attorney:   MOLLY SLUTSKY SIMONS
U.S. Trustee: ustpregion10.so.ecf@usdoj.gov

Dated: February 15, 2019

/s/ Harriette King